**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DAVID W. ALLEN
ADC # 140483                                                             PLAINTIFF


V.                                    4:08CV04215 JMM



CATHEIN L. ABEL, Bookkeeper, TLI
Trucking Co., JACK W. ABEL; and
ROBERT V. THIEN, II                                                  DEFENDANTS


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Furthermore, the Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and

the accompanying Order would not be taken in good faith.

DATED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE